UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 14, 2008
Jul 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NELSON C. THOMAS

                PLIANTIFF

    V

08CV3982
JUDGE GUZMAN
MAG. JUDGE KEYS

OFFICE OF THE MAYOR OF MAYWOOD-MAYOR OF MAYWOOD;
MAYWOOD POLICE DEPT. HEAD-QUARTERS-SUPERINTENDANT;
COOK COUNTY DEPT. OF CORRECTIONS-COOK COUNTY SHERIFF;
ILLINOIS DEPT. OF CORRECTIONS-ROGER WLAKER JR.;
OFFICE OF THE STATE'S ATTORNEY OF COOK COUNTY-
RICHARD A. DEVINE; 2 DETECTIVES THAT ARRESTED ME;
PUBLIC DEFENDER THAT WAS APPOINTED TO ME; MAYWOOD POLICE DISTRICT OF 2 DETECTIVES THAT ARRESTED ME.                      DEFENDANT(S)

   V

COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. CODE (state, county, or municipal of defendants) (All defendants are in state-Illinois; county- Cook; municipal- Maywood)

I. PLAINTIFF:

A. NAME: NELSON C. THOMAS

B. LIST ALL ALIASES: NOT APPLICABLE

C. PRISONER IDENTIFICATION NUMBER: R01178

D. PLACE OF PRESENT CONFINEMENT: DIXON CORRECTIONAL CENTER

E. ADDRESS: 2600 N. BRINTON AVE, DIXON, IL 61021

II. DEFENDANT(S):

A. DEFENDANT: OFFICE OF THE MAYOR OF MAYWOOD -MAYOR OF MAYWOOD
TITLE: MAYOR
PLACE OF EMPLOYMENT: OFFICE OF THE MAYOR OF MAYWOOD

B. DEFENDANT: MAYWOOD POLICE DEPT. HEAD-QUARTERS-SUPERINTENDANT
TITLE: SUPERINTENDANT
PLACE OF EMPLOYMENT: MAYWOOD POLICE DEPT. HEAD-QUARTERS

C. DEFENDANT: COOK COUNTY DEPT. OF CORRECTIONS-COOK COUNTY SHERIFF
TITLE: SHERIFF
PLACE OF EMPLOYMENT: 2650 S. CALIFORINA AVE, CHICAGO, IL 60608

D. DEFENDANT: OFFICE OF THE STATE'S ATTORNEY OF COOK COUNTY-RICHARD A. DEVINE
TITLE: STATE'S ATTORNEY
PLACE OF EMPLOYMENT: 2650 S. CALIFORNIA AVE, CHICAGO, IL 60608

E. DEFENDANT: ILLINOIS DEPT. OF CORRECTIONS-ROGER WALKER JR.
TITLE: EXECUTIVE DIRECTOR
PLACE OF EMPLOYMENT: ILLINOIS DEPT. OF CORRECTIONS MAIN OFFICE, SPRINGFIELD, IL

F. DEFENDANT: 2 MAYWOOD POLICE DEPT. DETECTIVES THAT ARRESTED ME.
TITLE: DETECTIVES OF THE MAYWOOD POLICE DEPT.
PLACE OF EMPLOYMENT: MAYWOOD POLICE DEPT.

G. DEFENDANT: PUBLIC DEFENDER THAT WAS APPOINTED TO ME.
TITLE: PUBLIC DEFENDER
PLACE OF EMPLOYMENT: 2650 S. CALIFORNIA AVE, CHICAGO, IL 60608

H. DEFENDANT: MAYWOOD POLICE DISTRICT OF THE 2 DETECTIVES THAT ARRESTED ME.
TITLE: SUPERVISIOR OF 2 DETECTIVES THAT ARRESTED ME.
PALCE OF EMPLOYMENT: MAYWOOD POLICE DISTRICT

III. LIST ALL LAWSUITS YOU HAVE FILED IN ANY STATE OR FEDERAL COURT IN THE UNITED STATES:

A. THROUGH I. IN THIS SECTION: NOT APPLICABLE. I HAVE NEVER FILED A LAWSUIT OF THIS KIND BEFORE.

IV. STATEMENT OF CLAIM: **OFFICE OF THE MAYOR OF MAYWOOD-MAYOR OF MAYWOOD:** BEING RESPONSIBLE FOR THE PROFESSIONAL PERFORMANCE 'OR LACK OF PROFESSIONAL PERFORMANCE' OF IT'S EMPLOYEE'S. BEING THE EMPLOYER OF THE MAYWOOD POLICE DEPARTMENT. PAIN AND SUFFERING, THIS TIME IN PRISON.
**MAYWOOD POLICE DEPT. HEAD-QUARTERS:** BEING THE GENERAL SUPERVIOR OF THE DISTRICT OF THE POLICE OFFICER'S THAT WRONGFULLY ARRESTED ME. BEING RESPONSIBLE FOR THE PROFESSIONAL PERFORMANCE 'OR LACK OF PROFESSIONAL PERFORMANCE OF IT'S EMPLOYEE'S. PAIN AND SUFFERING, THIS PRISON TIME.
**MAYWOOD POLICE DISTRICT OF THE DETECTIVES THAT ARRESTED ME:** BEING RESPONSIBLE FOR THE IMMEDIATE SUPERVISION OF THE DETECTIVES THAT ARRESTED ME. BEING RESPONSIBLE FOR THE PROFESSIONAL PERFORMANCE OF THE DETECTIVES THAT ARRESTED ME. PAIN AND SUFFERING, PRISON TIME.
**2 DETECTIVES THAT ARRESTED ME:** BEING RESPONSIBLE FOR THERE PROFESSIONAL PERFORMANCE 'OR LACK OF PROFESSIONAL PERFORMANCE'. BEING RESPONSIBLE FOR THERE PERSONAL ACTIONS: TOLD ME THAT THEY WOULD HURT MY FAMILY IF I DID NOT DO **EVERYTHING** THAT THEY SAID. WRONGFULLY ARRESTED ME. HAD NO RIGHT OR DUTY TO ARREST ME. VIOLATED SEVERAL OF MY CONSTITUTIONAL RIGHTS: 4TH AMENDMENT 'RIGHT TO BE PROTECTED FROM UNREASONABLE SEARCH AND SEIZURE.' 5TH AMENDMENT RIGHT 'RIGHT TO BE PROTECTED FROM SELF-INCRIMINATION; DUE TO THE DETECTIVES FORCES ME TO CONFESS TO A CRIME THAT DID NOT HAPPEN AND I HAD **NO INVOVLEMENT IN AT ALL**. BEING THE SOLE REASON FOR MY WRONGFUL ARREST. PAIN AND SUFFERING, ALL THIS TIME SPENT IN PRISON FALSELY.
**OFFICE OF THE STATE'S ATTORNEY OF COOK COUNTY:** WRONGFUL AND MALICIOUS PROSECUTION. BEING AWARE OF MY ACTUAL INNOCENCE, BUT FORCED ME INTO A PLEA DEAL; WITH THE ASSISTANCE OF THE **PUBLIC DEFENDER** THAT WAS APPOINTED TO ME FROM THERE OFFICE. CONTRIBUTING TO MY WRONGFUL CONVICTION. PAIN AND SUFFERING, ALL THIS TIME IN PRISON FASLELY.

**COOK COUNTY DEPT. OF CORRECTIONS:** WRONGFUL IMPRIOSONMENT

**ILLINOIS DEPT. OF CORRECTIONS-ROGER WALKER JR.:** WRONGFUL IMPRISONMENT

**PUBLIC DEFENDER:** INEFFECTIVE ASSISTANCE OF COUNSEL-KNOWING ABOUT THE INFORMATION THAT WAS USED TO ACQUIT AND EXONERATE ME AND DID NOT ADVISE ME OF THIS INFORMATION IN ANY WAY. DID NOT ACQUIT ME OF THE CHARGES THAT WERE WRONGFULLY IMPOSED ON ME. DID NOT INFORM ME OF WHAT COULD BE DONE TO FREE ME. ASSISTED THE STATE'S ATTORNEY'S OFFICE IN WRONGFULLY PROSECUTING ME. DECEPTIVE PRACTICE: COERCED ME INTO PLEA BARGIAINING, KNOWING THAT I WANTED TO BE FULLY AQUITED OF THIS CHARGE. ASSISTED IN MY WRONGFUL CONVICTION AND WRONGFUL IMPRISONMENT. PAIN AND SUFFERING, DID NOT ASSIST ME EFFECTIVELY IN MY AQUITTAL PURSUIT AND CONTRIBUTED TO ME SPENTING ALL THIS TIME IN PRISON AND IF IT WASN'T FOR MY LEAGAL ACTIONS IN CIRCUIT COURT; I WOULD HAVE SPENT ALMOST 30 YEARS IN PRSION, **WRONGFULLY**, DUE IN PART TO THIS PUBLIC DEFENDER'S ERGREGIOUS REPRESENTATION OF ME.

V. RELIEF:

OFFICE OF THE MAYOR OF MAYWOOD-MAYOR OF MAYWOOD: $10,000,000.00

MAYWOOD POLICE DEPT. HEAD-QUARTERS: $10,000,000.00

MAYWOOD POLICE DISTRICT OF 2 DETECTIVES THAT ARRESTES ME: $10,000,000.00

2 DETECTIVES THAT ARRESTED ME: $50,000,000.00 EACH ($100,000,000.00)

COOK COUNTY DEPT. OF CORRECTIONS-COOK COUNTY SHERIFF: $10,000,000.00

OFFICE OF THE STATE'S ATTORNEY-RICHARD A. DEVINE: $25,000,000.00

ILLINOIS DEPT. OF CORRECTIONS-ROGER WALKER: $10,000,000.00

PUBLIC DEFENDER THAT WAS APPOINTED TO ME: $100,000,000.00

TOTAL AMOUNT: $175,000,000.00

VI. THE PLAINTIFF DEMANDS THAT THE CASE BE TRIED BY A JURY. __X__ YES

CERTIFICATION

BY SIGNING THIS COMPLIANT, I CERTIFY THAT THE FACTS STATED IN THIS COMPLAINT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF. I UNDERSTAND THAT IF THIS CERTIFICATION IS NOT CORRECT, I MAY BY SUBJECT TO SANCTIONS BY THE COURT.

SIGNED THIS __9th__ DAY OF __July__, 2008

__*Nelson C. Thomas*__
SIGNATURE OF PLAINTIFF

NELSON C. THOMAS
(PRINT NAME)

R01178
ID NUMBER

2600 N. BRINTON AVE

DIXON, IL 61021
(ADDRESS)