**PRISONER CASE**

08CV3982
JUDGE GUZMAN
MAG. JUDGE KEYS

UNITED STATE
NORTHERN DIS

## Civil Cover Sheet



| | |
|---|---|
| **Plaintiff(s):** NELSON C. THOMAS | **Defendant(s):** OFFICE OF THE MAYOR OF MAYWOOD, et al. |
| **County of Residence:** LEE | **County of Residence:** |
| **Plaintiff's Address:** Nelson C. Thomas R-01178 Dixon - DIX P.O. Box 1200 Dixon, IL 61021 | **Defendant's Attorney:** Illinois Department of Corrections 100 West Randolph, Suite 4-200 Chicago, IL 60601 |

FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** A. E. Woodham  **Date:** 7/14/2008