UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA  PAUPERIS APPLICATION
AND FINACIAL AFFIDAVIT

NELSON C. THOMAS

PLAINTIFF

V

OFFICE OF THE MAYOR OF MAYWOOD-MAYOR OF
MAYWOOD; MAYWOOD POLICE DEPT. HEAD-QUARTERS-
SUPERINTENDANT; MAYWOOD POLICE DISTRICT OF THE 2
DETECTIVES THAT ARRESTED ME; COOK COUNTY DEPT. OF
CORRECTIONS-COOK COUNTY SHERIFF; ILLINOIS DEPT. OF
CORRECTIONS-ROGER WALKER; OFFICE OF THE STATE'S ATTORNEY-
RICHARD A. DEVINE; 2 DETECTIVES THAT ARRESTED ME; PUBLIC
DEFENDER THAT WAS APPOINTED TO ME

DEFENDANT(S)

08CV3982
JUDGE GUZMAN
MAG. JUDGE KEYS

FILED

JUL 1 4 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, NELSON C. THOMAS, declare that I am the plaintiff, in the above entitled case. This affidavit constitutes my application in support of my motion for appointment of counsel. I also declare that I am unable to pay the costs of these proceeding, and that I am entitled to the relief sought in the complaint/petition. In support of this petition/application, I answer the following questions <u>under penalty of perjury</u>:

1.) Are you currently incarcerated? ___ X ___ YES
ID#: R01178 Name of prison: <u>Dixon Correctional Center</u>
Do you recieve any payment from the institution? <u>YES</u>  Monthly amount: <u>$10.00</u>

2.) Are you currently employed? <u>NO</u>

a. If the answer is "No":
Date of last employment: <u>June 2008</u>
Monthly salary or wages: <u>$28.50</u>
Name and address of last employer: Dixon Correctional Center, 2600 N. Brinton Ave, Dixon, IL 61021

b. Are you married? <u>NO</u>

3.) Apart fom your income stated above in response tp Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources?

a. Salary or wages: <u>NO</u>;  b. Business, profession or self-employment: <u>NO</u>;  c. Rent payments, interest or dividends: <u>NO</u>;   d. Pensions, social security, annuities, life insurance, disability, worker's compensation, unemployment, welfare, alimony or maintenance or child support: <u>NO</u>;  e. Gifts or inheritances: <u>NO</u>;  f. Any other sources: <u>NO</u>

4.) Do you or anyone else living at the same address have more than $200 in cash or checking or savings account? <u>NO</u>

5.) Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments? <u>NO</u>

6.) Do you or anyone else living at the same own any real estate (houses, apartments, condo miniums, cooperatives, two-flats, three-flats, etc.)? <u>NO</u>

7.) Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  <u>NO</u>

8.) List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check ____ no dependents.

_____

_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursunat to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at anytime if the court determines that my allegation of poverty is untrue.

Date: ___7/9/08___                          _Mr. Nelson C. Thomas_____
                                            Signature of applicant

                                            NELSON C. THOMAS

---------------------------------------------------------------------------

**NOTICE TO PRISONERS:** Aprisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balancea during the last six months in the prisoner's prison trust fund accounts. Because the law requires information as such accounts cobering a full six months before you have filed your lawsuit, you must attach a sheet cobering transactions in your own account--prepared by <u>each institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, ID#_____ _____, has the sum of $_____ on account to his credit at Dixon Correctional Center. I further certify that the appilcant has the following securities to his credit:_____ _____. I further certify that during the past six months the applicants average monthly deposit was $_____. (<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months.)

___DATE_____                              _____
                                           SIGNATURE OF AUTHORIZED OFFICER

                                           _____
                                           PRINT NAME

*ASked Dixon C.C. to sign this, sent it back and Dixon sent my trust fund sheet unsigned.

**Trust Fund**

**Inmate Transaction Statement**

REPORT CRITERIA - Date: 05/10/2007 thru End;     Inmate: R01178;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: R01178 Thomas, Nelson C.**                        **Housing Unit: DIX-NE-28-50**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 0.00 |
| 06/08/07 | Mail Room | 04 Intake and Transfers In | 159250 | 18366 | Lawrence Correctional Center | 5.46 | 5.46 |
| 06/14/07 | Payroll | 20 Payroll Adjustment | 165115 | | P/R month of 05/2007 | 5.10 | 10.56 |
| 06/21/07 | Mail Room | 04 Intake and Transfers In | 172215 | 18560 | Lawrence Correctional Center | 7.60 | 18.16 |
| 06/21/07 | Point of Sale | 60 Commissary | 172727 | 538591 | Commissary | -4.23 | 13.93 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194115 | | P/R month of 06/2007 | 10.70 | 24.63 |
| 07/20/07 | Point of Sale | 60 Commissary | 201747 | 540512 | Commissary | -23.62 | 1.01 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228115 | | P/R month of 07/2007 | 10.50 | 11.51 |
| 08/17/07 | Mail Room | 01 MO/Checks (Not Held) | 229228 | P683588 | Richardson, Aretha C. | 50.00 | 61.51 |
| 08/17/07 | Mail Room | 01 MO/Checks (Not Held) | 229228 | P683590 | Richardson, Aretha C. | 30.00 | 91.51 |
| 08/17/07 | Mail Room | 01 MO/Checks (Not Held) | 229228 | P683589 | Richardson, Aretha C. | 50.00 | 141.51 |
| 08/22/07 | Disbursements | 80 Postage | 234315 | Chk #75604 | 80804501, DOC: 523 Fund Inmate, Inv. Date: 08/13/2007 | -.41 | 141.10 |
| 08/24/07 | Point of Sale | 60 Commissary | 236727 | 544364 | Commissary | -33.52 | 107.58 |
| 09/11/07 | Point of Sale | 60 Commissary | 254726 | 545819 | Commissary | -26.85 | 80.73 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257115 | | P/R month of 08/2007 | 15.00 | 95.73 |
| 09/21/07 | Point of Sale | 60 Commissary | 264747 | 547658 | Commissary | -24.19 | 71.54 |
| 10/01/07 | Point of Sale | 60 Commissary | 274747 | 547824 | Commissary | -17.98 | 53.56 |
| 10/16/07 | Disbursements | 90 Medical Co-Pay | 289315 | Chk #76557 | 90809712, DOC: 523 Fund Inmate, Inv. Date: 09/26/2007 | -2.00 | 51.56 |
| 10/17/07 | Payroll | 20 Payroll Adjustment | 290115 | | P/R month of 09/2007 | 13.50 | 65.06 |
| 10/22/07 | Point of Sale | 60 Commissary | 295747 | 549265 | Commissary | -37.01 | 28.05 |
| 11/13/07 | Payroll | 20 Payroll Adjustment | 317115 | | P/R month of 10/2007 | 15.00 | 43.05 |
| 11/21/07 | Point of Sale | 60 Commissary | 325747 | 554184 | Commissary | -41.43 | 1.62 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | P/R month of 11/2007 | 15.00 | 16.62 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80816529, DOC: 523 Fund Inmate, Inv. Date: 12/03/2007 | -.41 | 16.21 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817096, DOC: 523 Fund Inmate, Inv. Date: 12/06/2007 | -.41 | 15.80 |
| 12/21/07 | Point of Sale | 60 Commissary | 355747 | 557708 | Commissary | -15.60 | .20 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 15.00 | 15.20 |
| 01/17/08 | Disbursements | 90 Medical Co-Pay | 017315 | Chk #78024 | 90820124, DOC: 523 Fund Inmate, Inv. Date: 12/24/2007 | -2.00 | 13.20 |
| 01/18/08 | Point of Sale | 60 Commissary | 018747 | 559405 | Commissary | -13.02 | .18 |
| 01/30/08 | Mail Room | 10 Western Union - Not Held | 030200 | 2992105878 | MILES, CECILY | 100.00 | 100.18 |
| 02/04/08 | Point of Sale | 60 Commissary | 035726 | 561282 | Commissary | -93.23 | 6.95 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045115 | | P/R month of 01/2008 | 15.00 | 21.95 |
| 02/19/08 | Point of Sale | 60 Commissary | 050726 | 562869 | Commissary | -20.08 | 1.87 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074115 | | P/R month of 02/2008 | 10.25 | 12.12 |
| 03/18/08 | Point of Sale | 60 Commissary | 078727 | 566357 | Commissary | -10.53 | 1.59 |
| 03/18/08 | Point of Sale | 60 Commissary | 078727 | 566358 | Commissary | -1.23 | .36 |
| 04/16/08 | Payroll | 20 Payroll Adjustment | 107115 | | P/R month of 03/2008 | 14.40 | 14.76 |
| 04/22/08 | Point of Sale | 60 Commissary | 113747 | 569676 | Commissary | -13.04 | 1.72 |
| 05/15/08 | Payroll | 20 Payroll Adjustment | 136115 | | P/R month of 04/2008 | 14.40 | 16.12 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137315 | Chk #80092 | 81832808, DOC: 523 Fund Inmate, Inv. Date: 04/25/2008 | -.97 | 15.15 |
| 05/16/08 | AP Correction | 81 Legal Postage | 137315 | Chk #80092 Voided | 81832808 - DOC: 523 Fund Inmat | .97 | 16.12 |
| 05/16/08 | Disbursements | 81 Legal Postage | 137315 | Chk #80093 | 81832808, DOC: 523 Fund Inmate, Inv. Date: 04/25/2008 | -.97 | 15.15 |
| 05/21/08 | Point of Sale | 60 Commissary | 142747 | 573072 | Commissary | -5.28 | 9.87 |
| 05/29/08 | Mail Room | 01 MO/Checks (Not Held) | 150228 | A417648 | Richardson Jr., Joseph B. | 50.00 | 59.87 |

**Date:** 6/6/2008

**Time:** 12:13pm

d_list_inmate_trans_statement_composite

# Dixon Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 05/10/2007 thru End;     Inmate: R01178;     Active Status Only ? : No;     Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print
Balance Errors Only ? : No

**Inmate: R01178 Thomas, Nelson C.**                              **Housing Unit: DIX-NE-28-50**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 06/03/08 | Point of Sale | 60 Commissary | 155726 | 574602 | Commissary | -49.36 | 10.51 |

| | |
|---|---:|
| **Total Inmate Funds:** | 10.51 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .84 |
| **Funds Available:** | 9.67 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

### RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 06/02/2008 | 80837139 | Disb | Postage-6/2/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| 06/05/2008 | 80837450 | Disb | Postage-6/5/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.42 |
| | | | | **Total Restrictions:** | $0.84 |