UNITED STATES DISTRICT COURT
NORTHERN DISTRCIT OF ILLINOIS
EASTERN DIVISI?

NELSON C. THOMAS

PLAINTIFF

08CV3982
JUDGE GUZMAN
MAG. JUDGE KEYS

V

OFFICE OF THE MAYOR OF MAYWOOD-MAYOR OF MAYWOOD;
MAYWOOD POLICE DEPT. HEAD-QUARTERS-SUPERINTENDANT;
COOK COUNTY DEPT. OF CORRECTIONS-COOK COUNTY SHERIFF;
POLICE DISTRICT OF 2 DETECTIVES THAT ARRESTED ME;
OFFICE OF THE STATE'S ATTORNEY'S OFFICE-RICHARD A. DEVINE;
ILLINOIS DEPT. OF CORRECTIONS-ROGER WALKER; 2 MAYWOOD POLICE
DETECTIVES THAT ARRESTED ME; PUBLIC DEFENDER THAT WAS APPOINTED TO ME

DEFENDANT(S)

FILED
JUL 14 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

L, NELSON C. THOMAS, declare that I am the plaintiff in the above entitled proceeding and state that I am unable to afford the srevices of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2.) in support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I DO NOT TRUST LAWYERS, THAT IS WHY I HAVE FILED MY LEGAL ISSUES WITH MY WRONGFUL CONVICTION, MYSELF AND I'M FILING THIS PETITION MYSELF AND IF AND WHEN AN ATTORNEY IS APPIONTED IN THIS MATTER; THAT ATTIRNEY WOULD ASSIST ME AND HAVE TO FULLY COOPERATE WITH MY REQUEST. THANK YOU YOUR HONOR.

3.) In further support of my motion, I declare that:
I am not currently, nor previously have been, represented by an attorney appointed by this Court in this or any other civil or criminal proceeding before this Court.

4.) In further support of my motion. I declare that:
I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

5.) I declare under penalty that the foregoing is true and correct.

*Nelson C. Thomas*
movant's signature

2600 N. BRINTONE AVE _____

DIXON, IL 61021 _____

DATE: JULY , 2008 _____